August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CLEF CONSTRUCTION, INC. AND JAMES S. WATSON, Appellants

NO. 14-13-00569-CV                              V.

CCV HOLDINGS, LLC, Appellee

_____

This court today heard a motion for rehearing filed by appellants, Clef Construction, Inc. and James S. Watson. We order that the motion be overruled, and that the court's former judgment of July 17, 2014, be vacated, set aside, and annulled. We further order this court's memorandum opinion of July 17, 2014 withdrawn.

This cause, an appeal from the judgment in favor of appellee, CCV Holdings, LLC, signed March 15, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Clef Construction, Inc. and James S. Watson, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.